UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

DERRICK ANDERSON, on behalf of herself and all others
similarly situated,

                                  Plaintiff,

        -v.-

Copine 891, Inc.

                                Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:25-cv-3359-JS-ST

## NOTICE OF SETTLEMENT

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed with prejudice by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: September 15, 2025

                                        Respectfully Submitted,

                                        */s/ Uri Horowitz, Esq.*

                                        Uri Horowitz, Esq.
                                        **Horowitz Law, PLLC**
                                        144-41 70th Road
                                        Flushing, NY 11367
                                        uri@horowitzlawpllc.com
                                        Tel. (718) 705-8700
                                        Fax (718) 705-8705
                                        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed on September 15, 2025 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 15th day of September, 2025          Respectfully Submitted,

_/s/ Uri Horowitz_
Uri Horowitz, Esq.