UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DERRICK ANDERSON,

           Plaintiff,                                            Case No: 1:25-cv-3359-JS-ST

           -against-

Copine 891, Inc.

           Defendant(s).

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT COPINE 891, INC.

Plaintiff Derrick Anderson ("Plaintiff"), by counsel, and Defendant Copine 891, Inc., by counsel, hereby stipulate and agree that Plaintiff's case against Copine 891, Inc., should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: October 6, 2025

| | |
|---|---|
| */s/ Uri Horowitz*<br>Uri Horowitz, Esq.<br>Horowitz Law, PLLC<br>14441 70th Road<br>Flushing, NY 11367<br>Telephone: (718) 705-8706<br>uri@horowitzlawpllc.com<br>*Counsel for Alfonso Harrell* | */s/ David Stein (with consent)*<br>David Stein, Esq<br>Stein & Nieporent LLP<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>Telephone: (212)-308-3444<br>dstein@steinllp.com<br>*Counsel for Defendant Copine 891, Inc.* |

```
SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.

Dated: October 7, 2025                        /s/ JOANNA SEYBERT
Central Islip, New York        Hon. Joanna Seybert, U.S.D.J.
```